Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants
COUNTY OF STANISLAUS and TOD WOODWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LIAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al,<br><br>　　　　　Defendant. | Case No.:  CV F 09-1039 LJO JLT<br><br>**JUDGMENT FOR COSTS** |

On November 23, 2010, this Court granted summary judgment in favor of Defendant County of Stanislaus ("County") and Tod Woodward (collectively "Defendants") on all of Plaintiff Pamela Lial's claims.

Under Federal Rule of Civil Procedure 54(d)(1) the County of Stanislaus and is entitled to costs as the prevailing party in this action.

On December 7, 2010, the County of Stanislaus filed and served a Bill of Costs in the amount of $2,401.21.

On February 24, 2011, the Court taxed costs in the amount of $2,401.21.  Attached is a copy of the filed Bill of Costs.

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

/ / /

/ / /

/ / /

/ / /

68314.1  ST236-001

[PROPOSED] JUDGMENT FOR COSTS

1  Judgment for costs in the amount of $2,401.21 is entered in favor of Defendants County of
2  Stanislaus and Tod Woodward and against Plaintiff Pamela Lial.

IT IS SO ORDERED.

Dated:  **July 3, 2013**               **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704