Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants
COUNTY OF STANISLAUS and TOD WOODWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PAMELA LIAL, | Case No.:  CV F 09-1039 LJO JLT |
|---|---|
| Plaintiff, | **JUDGMENT FOR ATTORNEYS' FEES** |
| v. | |
| COUNTY OF STANISLAUS, et al, , | |
| Defendant. | |

On November 23, 2010, this Court granted summary judgment in favor of the County of Stanislaus ("County") and Tod Woodward (collectively "Defendants") on all of Plaintiff Pamela Lial's claims.

On January 11, 2011, this Court awarded the County $31,360.00 in attorneys' fees against Plaintiff Pamela Lial.  Attached is a copy of the "Order on Defendant County's Attorney Fees Motion."

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

Judgment for attorneys' fees in the amount of $31,360.00 is entered in favor of Defendant County of Stanislaus and against Plaintiff Pamela Lial.

IT IS SO ORDERED.

Dated:   **July 3, 2013**             **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

68312.1  ST236-001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

68312.1 ST236-001

2

[PROPOSED] JUDGMENT FOR ATTORNEYS' FEES